JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH GRIMES, | ) | Case No. CV 09-0063-JFW (PJW) |
| Plaintiff, | ) ) | |
| v. | ) ) | J U D G M E N T |
| SHERIFF'S DEPARTMENT, et al., | ) ) | |
| Defendants. | ) ) | |

Pursuant to the Order Dismissing Action With Prejudice, and for the reasons contained therein,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED:   February 3, 2009.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\JUDGMENT_civil.rights-012609.wpd